PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 3:19-cr-142-HTW-LRA

GRISELDA SALVADOR-RAMIREZ
(wherever found)

The Clerk of said Court will issue summons returnable on October 3, 2019 at 8:00 a.m., before Honorable Linda R. Anderson, United States Magistrate Judge at Jackson, Mississippi, an indictment against the above-named defendant having been filed in the above-entitled cause on August 19, 2019.

This 18th day of September, 2019.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
CHARLES W. KIRKHAM
Assistant U. S. Attorney
MSB # 102022

Summons issued: _____

(CWK/FBI)